**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGIL ASHBY | ) Case No. 2:09-cv-01069-LKK-GGH |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| PROFESSIONAL BUREAU OF COLLECTIONS, INC. | ) |
| Defendant | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Eastern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this $2^{9TH}$ day of July, 2009.

By:<u>s/Todd M. Friedman</u>
**Todd M. Friedman**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

1

2   Filed electronically on this 2$^{9th}$ day of July, 2009, with:

3   United States District Court CM/ECF system

4

5   By: s/Todd M. Friedman
       Todd M. Friedman
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28